Louis J. Huch, Individually and as Trustee, Appellant, v. Florence Elizabeth Wickersheim et al., Appellees. Josephine Huch, Individually and as Beneficiary, and Florence Elizabeth Wickersheim, Contingent Beneficiary, Appellees, v. Louis J. Huch, Individually and as Trustee, Appellant. Huch Leather Company, Appellee.

Gen. No. 42,107.

156

Heard in first division, first district, this court at February term, 1942; opinion filed October 26, 1942. Murphy & Pearson, for appellant; Walter Wm. Pearson, of counsel; Irving Breakstone, for certain appellees; Jacob B. Courshon, for certain other appellee. Opinion by JUSTICE McSURELY. "Not to be published in full."